MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:   (415) 436-7200
   Facsimile:   (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GARLAND KEITH CALLUM,<br><br>    Defendant. | 4:12-mj-70310 MAG<br><br>**STIPULATION AND ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS** |

      At the conclusion of the March 27, 2012, initial appearance, the Court set April 10, 2012 as the date for a further status conference / preliminary hearing / arraignment.

      The parties hereby stipulate to set the next status conference / preliminary hearing / arraignment date on May 1, 2012, and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161.

      Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public

STIPULATION & ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 12-mj-70310 MAG

and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: April 5, 2012            /s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: April 5, 2012            /s/
COLIN COOPER
Attorney for GARLAND CALLUM

ORDER

For the reasons stated above, the Court sets May 1, 2012, as the date for the next status conference / arraignment / preliminary hearing. The Court also finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through May 1, 2012, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 4/6/2012

DONNA M. RYU
United States Magistrate Judge