IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARLAND KEITH CALLUM,

        Movant,

   v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

No. C 14-0632 CW
CR 12-0273 CW

ORDER TO SHOW CAUSE ON 28 U.S.C. § 2255 MOTION

Movant Garland Callum, a federal prisoner currently incarcerated at the Federal Correctional Institution in Mendota, California, filed this motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.  The Court hereby issues the following orders:

       1.   The Clerk of the Court shall serve a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney.

       2.   Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

3. If Movant wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: 2/24/2014

CLAUDIA WILKEN
United States District Judge