IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND CALLUM,<br><br>    Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 14-0632 CW<br>    CR 12-0273 CW<br><br>ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY |

Movant has filed a notice of appeal of the Court's order denying his § 2255 motion and a request for certificate of appealability. Movant's right to appeal the Court's denial of his section 2255 motion is governed by 28 U.S.C. section 2253(c), which states,

> (1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
>
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
>
> (B) the final order in a proceeding under section 2255.
>
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
>
> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

28 U.S.C. § 2253(c)(1)-(3). The Ninth Circuit has interpreted the phrase "circuit justice or judge" to include district court judges. <u>United States v. Asrar</u>, 116 F.3d 1268, 1269-70 (9th Cir

1997).  A certificate of appealability should be granted "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

The Court certifies in accordance with 28 U.S.C. section 2253 that, for the reasons set forth in the order denying the § 2255 motion, none of the issues raised in the motion involves a substantial showing of the denial of a constitutional right.  The certificate of appealability is denied.

IT IS SO ORDERED.


Dated:   November 26, 2014                    _____
                                              CLAUDIA WILKEN
                                              United States District Judge

2