IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARLAND KEITH CALLUM,

       Movant,

  v.

UNITED STATES OF AMERICA,

       Respondent.
_____/

No. CR 12-0273 CW

ORDER DENYING MOTION FOR PRODUCTION OF GRAND JURY TRANSCRIPT

On October 15, 2012, Garland Callum entered a guilty plea pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) to one count of possession of oxycodone with intent to distribute and one count of possession of device-making equipment. On February 27, 2013, the Court sentenced Mr. Callum to 108 months of imprisonment, to be followed by a term of three years of supervised release. On August 7, 2014, the Court issued an order denying Mr. Callum's motion, under 28 U.S.C. § 2255, to vacate, set aside or correct his sentence. On September 4, 2014, Mr. Callum filed a motion for reconsideration of the Court's order pursuant to Rule 59(e), Federal Rules of Civil Procedure, which the Court denied on September 26, 2014. Mr. Callum filed a notice of appeal on November 19, 2014.  This Court denied a certificate of appealability on November 26, 2014.  On June 12, 2015, the

Ninth Circuit also denied Mr. Callum's request for a certificate of appealability. In July 2015, Mr. Callum filed a motion for writ of error coram nobis and, in August 2015, Mr. Callum filed a motion pursuant to 29 U.S.C. § 2461, challenging the forfeiture proceedings in his underlying case. The Court denied both of those motions and Mr. Callum filed a notice of appeal on November 6, 2015.

Mr. Callum has now filed a motion seeking production of a transcript of the grand jury proceedings in his case. He states that "his request is based on a desire to know what took place before the grand jury that indicted him, pursuant to Federal Rule Crim. P. 6(e), not requesting any relief from criminal conviction or sentence." Docket No. 107 at 1. However, Rule 6 only allows a defendant to request disclosure of a grand jury matter if he "shows that a ground may exist to dismiss the indictment because of a matter that occurred before the grand jury." Fed. R. Crim. P. 6(e)(E)(ii). To the extent Mr. Callum suggests that the prosecutor in this case misled the grand jury, the Court finds that he has failed to make a showing that any ground may exist to dismiss the indictment in this case. Accordingly, the motion for production of the grand jury transcript is denied.

IT IS SO ORDERED.

Dated: December 10, 2015

CLAUDIA WILKEN
United States District Judge

2