IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND KEITH CALLUM, | No. CR 12-0273 CW |
| Movant, | |
| v. | ORDER DENYING MOTION TO SET ASIDE THE JUDGMENT |
| UNITED STATES OF AMERICA, | (Docket No. 124) |
| Respondent. | |
_____/

On October 15, 2012, Garland Callum entered a guilty plea pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) to one count of possession of oxycodone with intent to distribute and one count of possession of device-making equipment. On February 27, 2013, the Court sentenced Mr. Callum to 108 months of imprisonment, to be followed by a term of three years of supervised release.  On August 7, 2014, the Court issued an order denying Mr. Callum's motion, under 28 U.S.C. § 2255, to vacate, set aside or correct his sentence. On September 4, 2014, Mr. Callum filed a motion for reconsideration of the Court's order pursuant to Rule 59(e), Federal Rules of Civil Procedure, which the Court denied on September 26, 2014.  Mr. Callum filed a notice of appeal on November 19, 2014.  This Court denied a certificate of appealability on November 26, 2014.  On June 12, 2015, the Ninth Circuit also denied Mr. Callum's request for a

certificate of appealability.

In July 2015, Mr. Callum filed a motion for writ of error coram nobis and, in August 2015, Mr. Callum filed a motion pursuant to 29 U.S.C. § 2461, challenging the forfeiture proceedings in his underlying case. The Court denied both of those motions and Mr. Callum filed a notice of appeal on November 6, 2015. To the extent Mr. Callum's July 2015 motions were construed as successive § 2255 motions, the Court and the Ninth Circuit denied Mr. Callum's request for a certificate of appealability. However, the Ninth Circuit issued an order stating, "As to the claims challenging appellant's forfeiture proceedings, no certificate of appealability is necessary" and directing Mr. Callum to pay the filing fee for his appeal. Docket No. 120 at 2. On June 21, 2016, Mr. Callum paid the filing fee.

On May 3, 2016, Mr. Callum filed a motion to dismiss the indictment, superseding information and forfeiture proceedings with prejudice and a motion for return of property. The Court denied the motions. Docket No. 123.

Mr. Callum has now filed a motion to set aside the judgment pursuant to Federal Rule of Civil Procedure 60. As the Court explained in its order denying Mr. Callum's motion to dismiss the indictment pursuant to Federal Rule of Civil Procedure 60, the Federal Rules of Civil Procedure are not applicable to Mr. Callum's criminal prosecution.

Therefore, the Court DENIES the motion to set aside the judgment.

IT IS SO ORDERED.

Dated: June 27, 2016

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>CALLUM,<br><br>        Defendant. | Case No.  12-cr-00273-CW-1<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Garland Keith Callum
15609-051
FCI - Lompoc
3600 Guard Road
Lompoc, CA 93436

Dated: June 27, 2016

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By: /s/ Nichole Peric
                                                Nichole Peric, Deputy Clerk to the
                                                Honorable CLAUDIA WILKEN